**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GERALD BLUM and MICHELLE BLUM,
individuals,

        Plaintiffs,

v.

Case No. 8:11-cv-01717-SDM-MAP

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

        Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiffs, GERALD BLUM and MICHELLE BLUM (collectively "Plaintiffs"), by and through their undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submit this *Notice of Pending Settlement* and state:

1. Plaintiffs and Defendant, NCO FINANCIAL SYSTEMS, INC. ("Defendant"), have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing the written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Defendant's counsel and Defendant's counsel has no objection to the same.

Submitted this 12th day of September 2011.

> Respectfully Submitted,
>
> **LEAVENGOOD & NASH**
>
> /s/ Ian R. Leavengood
> **Ian R. Leavengood, Esq., FBN 0010167**
> 2958 First Avenue North
> St. Petersburg, FL 33713
> Phone: (727) 327-3328
> Fax: (727) 327-3305
> ileavengood@leavenlaw.com
> Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished by U.S. Mail this 12th day of September 2011 to:

Kenneth C. Grace
Counsel for Defendant NCO
Sessions Fishman
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

> /s/ Ian R. Leavengood
> Attorney